IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:01cr00188-001 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RASHAD COLLIER GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter was heard on March 25, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release.  The defendant was present and represented by Attorney Debra Migdal

     Defendant made his initial appearance before Magistrate Judge George J. Limbert on March 6, 2013, and admitted to violations #1 and #3 as set forth in violation report dated February 7, 2013.  The United States Attorney's Office moved to dismiss violation #2.  The Magistrate Judge issued a Report and Recommendation on March 6, 2013 [Doc. 27].  No objections were filed by either plaintiff or defendant.

     The Court adopted the Report and Recommendation of the Magistrate Judge and found that the following conditions of supervision had been violated:

          1) new law violation of Domestic Violence on January 25, 2013;

          2) failure to pay restitution.

The Court found the most serious violation to be Grade C, defendant's Criminal History

Category to be I and considered Section 3553(a) factors prior to imposing a mid-range sentence.

The defendant is committed to the Bureau of Prisons for a period of six months with credit for time served in federal custody on the violations.  Upon release from incarceration defendant's federal supervised release shall terminate as he will be under state supervision.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: March 25, 2013                                  *s/    James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE